COPY

RECEIVED
CHARLOTTE, N.C.
JUN 02 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
ASHEVILLE, N. C.
JUN - 3 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

GREGORY VAN DE BERGHE, )
      )
  Plaintiff, )
      )
v. ) CIVIL NO. 1:04CV158
      )
JO ANNE B. BARNHART, )
  Commissioner of Social Security, )
      )
  Defendant. )

## NOTICE OF SETTLEMENT OF EAJA PETITION AND CONSENT ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon plaintiff's "Petition for Attorney's Fees" pursuant to the Equal Access to Justice Act, (EAJA), 28 U.S.C. § 2412(d). This EAJA petition is the only matter remaining for the Court. By their respective signatures hereon, the parties hereby give notice that the amount of the EAJA fee has been settled and agree to a dismissal of the EAJA petition without prejudice to its renewal should the settlement not be consummated.

**WHEREFORE**, for the forgoing reasons, the EAJA petition is dismissed without prejudice.

The Clerk is directed to send copies of the Order to counsel for the parties.

**SO ORDERED**, this the ___3rd___ day of ___June___, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE

WE CONSENT:

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

PAUL B. TAYLOR
Assistant United States Attorney
Chief, Civil Division

ELEANOR MacCORKLE
Counsel for the Plaintiff (Gregory Van De Berghe)